UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHAEL COYLE                                  :
                                Plaintiff,     :
                                               :
                    -against-                  :
                                               :
                                               :
NEW YORK CITY DISTRICT COUNCIL OF              :
CARPENTERS PENSION FUND,                       :
                                Defendant.     :
------------------------------------------------------------ :
                                               X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

19 Civ. 5000 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 28, 2019, the Court issued an Opinion and Order, granting

Defendant's motion to dismiss (Dkt. No. 26). It is hereby

**ORDERED** that the Clerk of Court is respectfully directed to mail a copy of the October

28, 2019, Opinion and Order, as well as a copy of the Clerk's Judgment and Notice of Right to

Appeal (Dkt. No. 27) to pro se Plaintiff.

Dated: November 22, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**